PROB 12B
(7/93)

Report Date: June 13, 2006

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 20 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Benjamin Amos Michael Briggs       Case Number: 2:04CR02094-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Court

Date of Original Sentence: 1/27/2005       Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm by       Date Supervision Commenced: 6/2/2006
Prohibited Person, 18 U.S.C. § 922 (g) (1)

Original Sentence: Prison - 27 Months; TSR - 36       Date Supervision Expires: 6/1/2009
Months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

19   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

The offender was recently released from custody on June 2, 2006, to begin a 3-year term of supervised release. In order for his substance abuse testing conditions previously ordered by the Court to be in compliance with recent 9th Circuit case law, the above modifications are recommended. The offender has agreed to the modifications and a signed waiver is enclosed for the Court's review.

Respectfully submitted,

by _____
Kevin Crawford
U.S. Probation Officer
Date: June 13, 2006

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

6/20/06
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

19   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness: _____   Signed: _____
Kevin Crawford                                  Benjamin Amos Michael Briggs
U.S. Probation Officer                         Probationer or Supervised Releasee

June 15, 2006
Date